**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **DSAFIR J. ASIASANTE,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:10-CV-45 (HL) |
| **JPMORGAN CHASE,** | : | |
| Defendant. | : | |

_____

**ORDER**

Plaintiff, Dsafir J. Asiasante, filed a pro se complaint in this Court on February 2, 2010.  Simultaneous with the filing of the complaint, Plaintiff also filed an Affidavit in Support of Request to Proceed In Forma Pauperis (Doc. 2), which has been construed as a Motion to Proceed In Forma Pauperis.

A person seeking to initiate a lawsuit in federal court without prepayment of fees is required to provide financial information to the Court that is sufficiently detailed to enable the Court to determine whether he is able to pay any of the required filing fee.  The Affidavit filed by Plaintiff is one that was used by the Northern District of Georgia at some point in time.[1]  It is not the one used by the Middle District of Georgia.  Further, Plaintiff did not fully complete the Affidavit he filed.  For instance, he did not provide the approximate value of the real estate he

---

[1] A review of the forms section on the website for the Northern District of Georgia shows that it no longer uses the Affidavit filed by Plaintiff.

owns, or the approximate value of the vehicle he owns. Thus, the Court does not have all of the information before it necessary to determine whether Plaintiff is entitled to proceed in forma pauperis.

If Plaintiff still wishes to proceed without prepayment of fees, he should fully complete the Affidavit that is used by this Court. The Clerk is directed to attach a copy of that Affidavit to this Order. Before the Court will consider his request to proceed without prepayment of fees, Plaintiff must complete and sign the Affidavit under penalty of perjury, and return it to the office of the Clerk of Court. In the alternative, Plaintiff may pay the entire $350.00 filing fee.

Plaintiff shall have thirty (30) days from the date of service of this Order to file a completed Affidavit or to pay the entire filing fee. Failure to comply with this Order shall result in the dismissal of Plaintiff's complaint. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 5th day of February, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh