IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DSAFIR J. ASIASANTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-45 (MTT) |
| | ) |
| J P MORGAN CHASE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 4(m), the Plaintiff must serve the Defendant with all appropriate papers within 120 days from the filing of the complaint. Rule 4(m) goes on to state that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

The Plaintiff filed his complaint (Doc. 1) February 2, 2010. As of June 2, 2010, which is 120 days from the date the Plaintiff filed his compliant, there is no evidence in the record of service on the Defendant. The Plaintiff's failure to serve the Defendant persists despite the fact that the Court made the Plaintiff aware of the service requirement in its March 11, 2010 Order (Doc. 4). Furthermore, the Plaintiff was also put on notice of the lack of service by the Defendant's Motion to Dismiss (Doc. 5), the Defendant's Reply Brief in Support of its Motion to Dismiss (Doc. 9), and the Defendant's Opposition to Plaintiff's First Amended and Verified Complaint (Doc. 12).

Notwithstanding these repeated reminders of the service requirement, the Plaintiff has still not properly served the Defendant.

Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Plaintiff's complaint is **DISMISSED** without prejudice.

**SO ORDERED**, this the 20th day of October, 2010.

>S/ Marc T. Treadwell
>MARC T. TREADWELL, JUDGE
>UNITED STATES DISTRICT COURT